IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRAEDEN F., : 
:
:
:
:
Plaintiff, :
:
v. : CIVIL ACTION NO.
: 1:25-cv-00002-LMM
COMMISSIONER, SOCIAL :
SECURITY ADMINISTRATION, :
:
:
:
Defendant. :

## **<u>ORDER</u>**

This matter is before the Court on the Magistrate Judge's Report and

Recommendation, Dkt. No. [13]. No objections have been filed in response to the

Magistrate Judge's Report and Recommendation. Therefore, pursuant to

28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the

Court has reviewed the Magistrate Judge's Report and Recommendation for clear

error. It finds none.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and

Recommendation, Dkt. No. [13], as its opinion: the decision of the Commissioner

is **REVERSED and REMANDED** for further proceedings, pursuant to

sentence four of 42 U.S.C. § 405(g). The Clerk is **DIRECTED** to enter judgment in Plaintiff's favor and **CLOSE** the case.

In the event that benefits are awarded to Plaintiff upon remand, Plaintiff's attorney is permitted to file a motion for approval of attorney's fees under 42 U.S.C. §§ 406(b) and 1383(d). The motion shall be filed no later than **thirty days** after the date of the Social Security letter sent to Plaintiff's counsel of record at the conclusion of the Agency's past-due benefit calculation stating the amount withheld for attorney's fees. The Commissioner's response, if any, shall be filed no later than **thirty days** after Plaintiff's attorney serves the motion on the Commissioner. Plaintiff shall file any reply within **ten days** of service of the Commissioner's response.

**IT IS SO ORDERED** this 27th day of April, 2026.

**Leigh Martin May**
**Chief United States District Judge**

2